**Motion Denied; Continuing Abatement Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00481-CV
_____

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-60726**

## CONTINUING ABATEMENT ORDER

After a non-jury trial, appellant Lucidalia Chavez brings this appeal from a final decree of divorce signed March 17, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. Our record does not contain the requested findings and conclusions.

On January 29, 2015, appellant filed a brief complaining of the trial court's failure to make and file findings of fact and conclusions of law. On March 18,

2015, appellee filed a motion to abate the appeal so that the trial court could make and file findings of fact and conclusions of law. Appellee avers in the motion that he cannot properly respond to appellant's issues without the findings and conclusions. Because the trial judge continues to serve on the district court, the error in this case is remediable. *See* Tex. R. App. P. 44.4.

On March 24, 2015, this court granted appellee's motion, abated the appeal, and ordered the trial court to file findings of fact and conclusions of law on or before April 13, 2015**.** This court's order also permitted any party to file a request for specified additional or amended findings or conclusions within ten days of the filing of the trial court's findings of fact and conclusions of law. The trial court was ordered to file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, were ordered to be included in a supplemental clerk's record to be filed with this court on or before May 8, 2015.

On May 20, 2015, appellant filed a motion to reinstate the case because the findings of fact and conclusions of law had not been filed. Appellee filed a response in which he opposed appellant's motion, and notified this court that he had requested a status conference with the trial court, to be held on July 2, 2015, for the purpose of determining why the court has not filed the findings and conclusions, and whether more time is required.

We deny appellant's motion to reinstate the appeal. The parties shall notify this court of the status of the findings of fact and conclusions of law within one week of the status conference with the trial court.

The appeal will be reinstated on this court's active docket when the

supplemental record ordered herein is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's supplemental brief shall be due thirty days after the appeal is reinstated.

PER CURIAM